1  PACIFIC TRIAL ATTORNEYS
2  A Professional Corporation
   Scott J. Ferrell, Bar No. 202091
3  sferrell@pacifictrialattorneys.com
   4100 Newport Place Drive, Ste. 800
4  Newport Beach, CA 92660
   Tel: (949) 706-6464
5  Fax: (949) 706-6469

6  Attorneys for Plaintiff

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

| | |
|---|---|
| MICHAEL GONZALES, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLANBIA PERFORMANCE NUTRITION (MANUFACTURING), INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05909-AB-GJS<br>Judge: Hon. Andre Birotte Jr.<br>Courtroom: 7B<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Gonzales dismisses with prejudice this action against Glanbia Performance Nutrition Manufacturing, Inc. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated:  August 24, 2022

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
     Scott J. Ferrell
     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.